■ In the Matter of MICHAEL CALANDRA et al., Petitioners, v HAROLD ROTH-WAX et al., Respondents. — Application for a writ of prohibition unanimously denied, the cross motion granted and the petition dismissed, in the exercise of discretion, without costs and without disbursements. It does not appear that there is a clear legal right to the remedy of prohibition and the matter is reviewable upon appeal. (Cf. *Matter of Dondi v Jones,* 40 NY2d 8, 13.) No opinion. Concur — Murphy, P. J., Sullivan, Silverman, Lynch and Milonas, JJ.

■ In the Matter of WINDOW SYSTEMS, INC., Appellant, v ROBERT M. LITKE et al., Respondents. — Judgment, Supreme Court, New York County (Ascione, J.), entered on February 25, 1983, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs and without disbursements. Concur — Carro, J. P., Asch, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK MELILLO, Appellant. — Order, Supreme Court, New York County (B. Roberts, J.), entered on February 19, 1982 and judgment of said court (Altman, J.), rendered on July 26, 1982, unanimously affirmed for the reasons stated by B. Roberts, J. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD DELSORBO, Appellant. — Order, Supreme Court, New York County (B. Roberts, J.), entered on February 19, 1982 and judgment of said court (Altman, J.), rendered on July 26, 1982, unanimously affirmed for the reasons stated by B. Roberts, J. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DI MARI, Appellant. — Order, Supreme Court, New York County (B. Roberts, J.), entered on February 19, 1982 and judgment of said court (Altman, J.), rendered on July 26, 1982, unanimously affirmed for the reasons stated by B. Roberts, J. Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Alexander, JJ.